# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| LORRAINE GRAVES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JON GETZ, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00086-REB<br><br>**ORDER RE: VOLUNTARY DISMISSAL**<br><br>(Dkt. 21) |

　　　　Pending before the Court is Plaintiff's Motion for Dismissal (Dkt. 21).  Plaintiff seeks to voluntarily dismiss this case because her counsel withdrew due to medical issues that interfered with his ability to adequately represent her.  She has been unable to locate any other counsel to assist her with this case in the six months since her counsel withdrew.  She is currently appearing *pro se* and the process has been overwhelming for her.  (Dkt. 21, p. 2).  For these reasons, and because Defendants have expressed no objection to the dismissal, the Court will GRANT Plaintiff's Motion (Dkt. 21) and dismiss this case, without prejudice.[1]

　　　　IT IS SO ORDERED.

DATED:  **June 2, 2015**.

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

---

　　[1] Federal Rule of Civil Procedure 41(a)(2) provides for dismissal without prejudice.

**ORDER - 1**